**Mary A. RICCIO**

v.

**FILENE'S FEDERATED DEPT. STORES, INC.**

No. 78–310–Appeal.

Supreme Court of Rhode Island.

April 17, 1980.

Lovett & Linder, Ltd., Lauren E. Jones, Providence, for petitioner.

Eldridge H. Henning, Jr., Providence, for respondent.

ORDER

This case comes before us on an order directed to the respondent employer to show cause why its appeal from a decree of the Workers Compensation Commission should not be dismissed. After hearing arguments of counsel on April 7, 1980, we are of the opinion that the respondent has failed to show cause and, accordingly, the appeal from the Commission's decree is hereby dismissed.

**Donald ROCH et al.**

v.

**J. Joseph GARRAHY.**

No. 79–288–A.

Supreme Court of Rhode Island.

April 17, 1980.

Stephen P. Erickson, Newport, for plaintiffs.

Dennis J. Roberts II, Atty. Gen., Maureen E. McKenna, Asst. Atty. Gen., Eileen G. Cooney, Sp. Asst. Atty. Gen., for defendant.

ORDER

The plaintiffs' motion for speedy hearing is granted and this case is assigned to the calendar for oral argument to June 20, 1980. The defendant's brief shall be filed on or before May 19, 1980. The remaining requests for relief contained in plaintiffs' motion are denied.

**Martin RODRIQUES**

v.

**DEPARTMENT OF EMPLOYMENT SECURITY, BOARD OF REVIEW.**

No. 80–131–M.P.

Supreme Court of Rhode Island.

April 17, 1980.

Robert M. Sabel, Rhode Island Legal Services, Inc., Newport, for petitioner.

Gary R. Pannone, Special Counsel, Board of Review, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.